IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JESSICA SPENCE                                                                                    PLAINTIFF

v.                                    CASE NO. 5:16-CV-05130

TREK BICYCLE CORPORATION                                                        DEFENDANT

## ORDER

Currently before the Court is Plaintiff Jessica Spence's Motion for Voluntary Dismissal (Doc. 21), filed pursuant to Fed. R. Civ. P. 41(a)(2). The Motion advises the Court that all claims have been resolved and accordingly asks it to dismiss the case with prejudice. It appearing to the Court that the parties have amicably resolved their dispute, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 19th day of June, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE